COURTROOM MINUTE SHEET

CAUSE NO. 1:05CR41 ERW          DATE: 6-30-05
JUDGE: E. Richard Webber
COURT REPORTER: Gary Bond
DEPUTY CLERK: MBerg

USA

vs.

Bobby Katsantonis

ATTY(S) FOR PLTF(S)  James Crowe
ATTY(S) FOR DEFT(S)  Charles Lock

DEFT PRESENT

(X) PARTIES PRESENT FOR IMPOSITION OF SENTENCE.
( ) PLEA AGREEMENT ACCEPTED BY COURT.
( ) OBJECTIONS TO PRESENTENCE REPORT HEARD AND RULED ON THE RECORD.
(X) SENTENCE IMPOSED - SEE JUDGMENT.
(X) PSR FILED UNDER SEAL AND PLACED IN VAULT.
( ) DEFENDANT REMANDED TO CUSTODY OF US MARSHAL.
( ) DEFENDANT GRANTED VOLUNTARY SURRENDER TO INSTITUTION AS DESIGNATED AND NOTIFIED BY US MARSHAL.
(X) Court adopt PSR as its findings of fact

WITNESSES:

( ) EXHIBITS RETURNED AND RETAINED BY COUNSEL.

ATTYS PRESENT: 8:35 - 8:45
COURTROOM TIME: